UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| TOM FERGUSON, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>SOUTHWEST REGIONAL PCR, LLC,<br>d/b/a MICROGENDX, LLC,<br><br>　　Defendant. | No. 5:22-CV-182-H |

## ORDER

Before the Court is the plaintiffs' motion for sanctions (Dkt. No. 43), Michael N. Rapini's motion for leave to file a sur-reply in the briefing for said motion (Dkt. No. 99), and U.S. Magistrate Judge Bryant's Findings, Conclusions, and Recommendations on the motion (Dkt. No. 103). While these motions were pending, the parties informed the Court that they had settled the case. Dkt. Nos. 116; 118. The plaintiffs subsequently confirmed that the settlement "resolved all issues addressed in Plaintiff's First Motion for Sanctions (Dkt. No. 43)." Dkt. No. 124 at 1.

In light of the settlement and the plaintiffs' statement to the Court, the Court denies as moot the plaintiffs' first motion for sanctions (Dkt. No. 43) as well as the motion for leave to file a sur-reply (Dkt. No. 99). The court also rejects as moot the Findings, Conclusions, and Recommendations on the motion (Dkt. No. 103).

So ordered on October 22, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE